# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

December 20, 2017

**Via Fax 212-805-4060**

Hon. Sarah Netburn
U.S. Magistrate Judge
Southern District of New York
500 Perl Street
New York, NY 10007

RE: <u>U.S. v. Stephen Baptiste</u>, 17 Mag. 8866

Dear Judge Netburn:

   This office represents the defendant, Stephen Baptiste, in the above-captioned case. Mr. Baptiste is presently free on bond, subject to pretrial supervision, and is limited to travel only within the Southern and Eastern Districts of New York. We write the Court to move for a modification of these conditions of bail so that Mr. Baptiste may travel to his sister's home located in Newton, New Jersey for the Christmas holiday. Specifically, we ask that Mr. Baptiste be permitted to depart for his sister's home on Christmas morning and return to his home that evening.

   Pre-trial has no objection to this modification, and AUSA Andrew Caldwell Adams also advises that the government does not object.

   Thank you for your attention to this case.

*Granted,*
*So Ordered*
[signature]
12/20/17

Very truly yours,

[signature]

Adam Elewa

CC: AUSA Andrew Caldwell Adams (email)
    AUSA Andrew Mark Thomas (email)
    Pretrial services Officer Jonathan Lettieri (via email)

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM